## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC S. PAVLACK, on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>BLUE STAR CRUISES, LLC,<br><br>　　Defendant. | CASE NO. 1:17-cv-01647-JRS-DML<br><br>CLASS ACTION |

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

　　Plaintiff, Eric S. Pavlack, by counsel, hereby notifies the Court, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that he is voluntarily dismissing this action without prejudice. In support, Plaintiff states:

　　1.　　This action was commenced on May 18, 2017.

　　2.　　To date, Defendant has not appeared and has not served an answer or a motion for summary judgment.

　　3.　　Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiff is permitted to dismiss this action voluntarily without need for Court order. Such dismissal, by operation of to Rule 41(a)(1)(B) is without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Colin E. Flora*
　　　　　　　　　　　　　　　　　　Colin E. Flora

P<small>AVLACK</small> L<small>AW</small>, LLC
50 E. 91st St., Ste. 317
Indianapolis, IN 46240
(317) 251-1100
(317) 252-0352 *fax*
*Colin@PavlackLawFirm.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with the Court's ECF system. Notice of this filing will be sent automatically by operation of the Court's system to all counsel of record.

*/s/ Colin E. Flora*
Colin E. Flora